IDA L. SNYDER V. PETER LAPP ET AL.

IDA L. SNYDER V. B. F. NORRIS & CO.

FILED NOVEMBER 9, 1899.   No. 8,985.

1. Transcript for Review: AUTHENTICATION: JURISDICTION. The appellate jurisdiction of the supreme court depends upon the filing with the clerk of a duly authenticated transcript of the proceedings of the district court containing the judgment or final order sought to be reversed.

2. ———: ———: DISMISSAL. In the absence of such certificate, the court is without authority to pronounce judgment.

ERROR from the district court of Cass county. Tried below before RAMSEY, J. *Dismissed.*

*A. N. Sullivan* and *S. M. Chapman,* for plaintiffs in error.

*Allen Beeson, Jesse L. Root* and *Flower, Smith & Musgrave, contra.*

SULLIVAN, J.

It is a doctrine established by numerous decisions that the appellate jurisdiction of this court depends upon the filing with the clerk of a duly authenticated transcript of the proceedings of the district court, containing the judgment or final order sought to be reviewed.  See *Moore v. Waterman,* 40 Nebr., 498; *McDonald v. Grabow,* 46 Nebr., 406; *Otis v. Butters,* 46 Nebr., 492; *Einspahr v. Exchange Nat. Bank,* 49 Nebr., 557; *Bailey v. Eastman,* 54 Nebr., 416.  In this case there is no certificate of any kind attached to the papers before us.  We are, therefore, without authority to do anything except to enter an order dismissing the petition in error.  A judgment, should we assume to pronounce one, would be void.  The petition in error is

DISMISSED.